UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN A. CARPENTER,

       Plaintiff,                                            Case No. 1:21-CV-604

v.                                                            Hon. Ray Kent

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

**ORDER ADMINISTRATIVELY CLOSING THE CASE**

On April 5, 2022, the Court issued an Order to Show Cause (ECF No. 15) for plaintiff's failure to file his brief. The Court is in receipt of plaintiff's response (ECF No. 16). Under the present circumstances, it appears plaintiff is unable to proceed. Accordingly, plaintiff shall file a motion to reopen the case, with or without counsel, by no later than **June 24, 2022.** If plaintiff fails to file such a motion, the case will be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated:  April 21, 2022                      /s/ Ray Kent
                                                          RAY KENT
                                                          United States Magistrate Judge