UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN A. CARPENTER,

       Plaintiff,                      Case No. 1:21-CV-604

v.                                        Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

**ORDER RE-OPENING THE CASE**

       Plaintiff has failed to file a motion to re-open this case as directed by the Court.

Accordingly, on its own motion, the Court **DIRECTS** the Clerk to **RE-OPEN** the case.

       **IT IS SO ORDERED.**

Dated:  June 30, 2022                /s/ Ray Kent
                                                 RAY KENT
                                                 United States Magistrate Judge